IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BASF CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:20-cv-00019 (RDA/JFA) |
| VAG AUTO BODY, LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge John F. Anderson on June 12, 2020. Dkt. 14. In this breach of contract case, Judge Anderson recommends that "judgment be entered in favor of [P]laintiff BASF Corporation [("Plaintiff")] and against [D]efendant VAG Auto Body, LLC [("Defendant")] in the total amount of $57,679.00 ($57,134.00 in money damages + costs of $545.00) with interest to accrue at the rate prescribed by 28 U.S.C. § 1961 from the date of any judgment until paid." *Id.* at 10.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Anderson's Recommendation was June 26, 2020. To date, no objections have been filed.

After reviewing the record and Judge Anderson's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 14.

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct

Accordingly, Plaintiff's Amended Motion for Default Judgment is GRANTED. Dkt. 12.

It is hereby ORDERED that judgment be entered in favor of Plaintiff and against Defendant in the total amount of $57,679.00 ($57,134.00 in money damages + costs of $545.00) with interest to accrue at the rate prescribed by 28 U.S.C. § 1961 from the date of any judgment until paid.

The Clerk is directed to enter judgment in this matter pursuant to Federal Rule of Civil Procedure 55 and to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
November 4, 2020

/s/
Rossie D. Alston, Jr.
United States District Judge

---

a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").